JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: May 16, 2011

Check No. 2025336

Check Amount: $5,382.98

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-49066-R | 00030 | OLIVER LEE CLARK, JR. & DEBBIE ANN CLARK | 12 | XXXXX0/11 | 1.63 | 0.00 | 1.63 |
| | | Original check written to: MONARCH DENTAL 5068 WEST PLANO PARKWAY PLANO, TX 75093 | | | | | |
| 06-40145-R | 00031 | CURTIS DEWAYNE & JACQUELINE BROWN | 13 | 0258 | 187.16 | 0.00 | 187.16 |
| | | Original check written to: CALIFORNIA FRANCHISE TAX BOARD P. O. BOX 2952 SACRAMENTO, CA 95812-2952 | | | | | |
| 06-40318-R | 00025 | CHRISTOPHER E. & KRISTINA N. MYERS | 18 | 6982 | 97.42 | 0.00 | 97.42 |
| | | Original check written to: CALIFORNIA FRANCHISE TAX BOARD P. O. BOX 2952 SACRAMENTO, CA 95812-2952 | | | | | |
| 06-41400-R | 00033 | ARTHUR L. JACKSON, JR. & DIANNE H. JACKSON | 14 | XXXXX9934 | 193.31 | 0.00 | 193.31 |
| | | Original check written to: CALIFORNIA FRANCHISE TAX BOARD SPECIAL PROCEDURES P. O. BOX 2952 SACRAMENTO, CA 95812-2952 | | | | | |
| 08-43323-R | 00011 | EARL STEPHEN & PATTY SHERLENE SMITH | 24 | 0861 | 188.31 | 26.76 | 215.07 |
| | | Original check written to: CITIFINANCIAL 1009 SOUTH JACKSON SUITE 110 JACKSONVILLE, TX 75766 | | | | | |
| 09-42404-R | 00012 | ANNETTE NICOLE WILSON | 9 | 4742 | 106.54 | 0.00 | 106.54 |
| | | Original check written to: CR EVERGREEN LLC P. O. BOX 91121 MS 550 SEATTLE, WA 98111-9221 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date:  May 16, 2011

Check No. 2025336

Check Amount:  $5,382.98

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 10-41893-R | 00043 | THOMAS JEROD CUMMINGS | | XXXXX1750 | 783.32 | 0.00 | 783.32 |
| | | Original check written to: CITIFINANCIAL AUTO  P. O. BOX 182287  COLUMBUS, OH 43218 | | | | | |
| | | | **TOTALS** | | **$1,557.69** | **$26.76** | **$1,584.45** |